UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CAROL ZIMMER,

                        Plaintiff,

   -against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                    Defendant.
-------------------------------------------------------------------X

**JUDGMENT**
07-CV- 4036 (SLT)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ DEC 3 0 2009

P.M.
TIME A.M.

      A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on December 23, 2009, granting the plaintiff's motion for judgment on the pleadings; denying the Commissioner's motion for judgment on the pleadings; vacating the Commissioner's decision; and remanding the case for additional fact finding consistent with the Court's Memorandum and Order dated December 21, 2009; it is

      ORDERED and ADJUDGED that the plaintiff's motion for judgment on the pleadings is granted; that the Commissioner's motion for judgment on the pleadings is denied; that the Commissioner's decision is vacated; and that the case is remanded for additional fact finding consistent with the Court's Memorandum and Order dated December 21, 2009.

Dated: Brooklyn, New York
       December 28, 2009

                                ROBERT C. HEINEMANN
                                Clerk of Court

